**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI DIVISION**

| In Re: | Case No.: 14-10332 |
|---|---|
| Martin L. Jacobs | Chapter 13 |
| Debtor | Judge: Jeffery P. Hopkins |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Preston Ridge Partners Investments II Trust | Kondaur Capital Corporation as Separate Trustee of Matawin Ventures Trust Series 2014-4 |
|---|---|
| **Name of Transferee** | **Name of Transferor** |
| **Name and Address where notices to transferee should be sent:** | **Court Claim #:** 5-2 |
| c/o SN Servicing Corp.<br>323 Fifth Street<br>Eureka, CA 95501 | |
| | Amount of Claim: $97,558.58 |
| | Date Claim Filed: October 9, 2014 |
| Phone: 800-603-0836 | Phone: 866-566-3287 |
| Last Four Digits of Acct #: 4483 | Last Four Digits of Acct #: 3774 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

/s/ Patricia L. Johnson
By: Patricia L. Johnson                Date: January 13, 2016
**Transferee/Transferee's Agent**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was electronically transmitted on the 13th day of January, 2016 via the Court`s CM/ECF system to the following who are listed on the Court`s Electronic Mail Notice list:

Margaret A. Burks
Chapter 13 Trustee at Cincinnati@cinn13.org

Asst US Trustee (CIN)
U.S. Trustee at ustpregion09.ci.ecf@usdoj.gov

Kathleen D. Mezher
Attorney for Debtor at kathleen@mezherlaw.com

The undersigned certifies that a copy of the foregoing was transmitted on the 13th day of January, 2016 via regular U.S. mail, postage pre-paid:

Martin L. Jacobs
3012 Overdale Dr.
Cincinnati, OH 45251-463

/S/ Patricia L. Johnson
Patricia L. Johnson, Esq. (0076669)
Crystal L. Saresky, Esq. (0091328)
GERNER & KEARNS CO., L.P.A.
809 Wright`s Summit Parkway, Suite 200
Fort Wright, KY 41011
Phone: (513) 241-7722
Fax: (859) 292-5300
bankruptcies@gernerlaw.com



**SN SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. – 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

December 17, 2015

MARTIN JACOBS
3012 OVERDALE DR
CINCINNATI OH  45251

RE: **New Loan Number:** ▇▇▇▇▇▇▇▇
Old Loan Number: ▇▇▇▇▇▇▇
Collateral: 3012 OVERDALE DRIVE; CINCINNATI OH

## NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

Dear Customer:

The notice, which follows, is intended to inform you that the servicing of your mortgage loan has been assigned, sold or transferred. If the above-referenced loan is a closed-end, first lien, 1-4 unit residential (e.g., homes, condominiums, cooperative units and mobile homes) mortgage loan, this notice is being provided to you under Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. §2605). When a state law requires this notice, this notice is being provided to you under state law.  When neither Section 6 of RESPA nor state law requires this notice, this notice is being provided to you for your information.

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, has been assigned, sold or transferred from Kondaur Capital Corporation to SN Servicing Corporation for Preston Ridge Ptrs Investments II Trust, effective December 16, 2015.

The assignment, sale, or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer, or at closing.  Your new servicer must also send you this notice no later than 15 days after this effective date or at closing.

Your present servicer is Kondaur Capital Corporation. If you have any questions relating to the transfer of servicing from your present servicer call Customer Service at (888) 566-3287 Monday through Friday, between 8:00 a.m. and 5:00 p.m. Pacific Time.  This is a toll-free number.

Your new servicer will be **SN Servicing Corporation**.

The correspondence address for your new servicer is SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501.

The toll-free telephone number of your new servicer is (800) 603-0836. If you have any questions relating to the transfer of servicing to your new servicer call Angela Bragas at (800) 603-0836 Monday through Friday between 8:00 a.m. and 5:00 p.m. Pacific Time. You may access your account and make payments via our secure website at https://borrower.snsc.com.

The date that your present servicer will stop accepting payments from you is December 15, 2015.  The date that your new servicer will start accepting payments from you is  December 16, 2015.  Send all payments on or after December 16, 2015 to your new servicer.

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. §2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. §2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 5 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to this address: SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501.

Not later than 30 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 30-Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

You are hereby notified that this letter is being sent to you by SN Servicing Corporation, which is a debt collector. SN Servicing Corporation is attempting to collect a debt. Any information obtained by us will be used for that purpose. However, if you are in a bankruptcy proceeding or your debt has been discharged in bankruptcy, please read the next paragraph carefully for some important information.

NOTICE TO ANY CUSTOMER IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY: Notwithstanding anything in this notice to the contrary, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If these circumstances apply, this notice is not intended as a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, however, please also note that despite any such bankruptcy filing, we do continue to retain whatever rights we hold in the property that secures the obligation.

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

*SN Servicing Corporation for Preston Ridge Prts Investments II Trust*
Customer Service Department